# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RFCYBER CORP., <br>     Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br>     Defendant. | Case No. 2:24-cv-00550 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1(a)(1) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), RFCyber Corp. states that its parent corporation is RFCyber Corporation.

Dated:  July 18, 2024

Respectfully submitted,

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
RFCYBER CORP.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Alfred R. Fabricant*
                                                  Alfred R. Fabricant